KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 SEP 26 PM 2: 37

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

In Re:

TODD ROSS
ASHLEE ROSS

Debtors.

Chapter 7

Bankruptcy No. 10-33849

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92006601303366.

3. The amounts are as follows:

Chase Bank USA, N.A.                                           $ 2.81
C/O Creditors Bankruptcy Service
P.O. Box 740933
Dallas, Texas 75374

4. A check in the amount of $2.81, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _21_ day of _Sept_____, 2011.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 21 day of Sept, 2011.

**United States Trustee**
**Ken Garff Building**
**405 South Main Street**
**Suite 300**
**Salt Lake City, Utah 84111**

_____